1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  CR. S 2:09-0196 GEB
12           Plaintiff,             )
                                    )  STIPULATION AND [PROPOSED] ORDER
13                                  )  VACATING TRIAL CONFIRMATION
                                    )  DATE, TRIAL DATE, REQUESTING
14                                  )  DATE FOR STATUS CONFERENCE, AND
                                    )  EXCLUDING TIME
15      v.                          )
                                    )
16 MICHAEL LEON WILLIAMS,           )
                                    )
17           Defendant.             )  Hon. Garland E. Burrell, Jr.
                                    )
18 ─────────────────────────────────

19      The parties request that the trial confirmation date of

20 December 9, 2011, and the trial date of January 24, 2012, in the

21 above-referenced case be vacated and that the date of January 20,

22 2012, be set for a new status conference.  Additionally, the

23 parties request and stipulate that the time beginning December 9,

24 2011, and extending through January 20, 2012, should be excluded

25 from the calculation of time under the Speedy Trial Act.  The

26 defense attorney has requested the time between now and January

27 20, 2012, for preparation and to interview witnesses.  The delay

28 is due to the defendant's unavailability due to serious illness

                                1

and to Mr. Kmeto's personal trial schedule.

Defendant Williams and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time to prepare taking into account the exercise of due diligence. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h) and local code T-4.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: December 8, 2011          By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: December 8, 2011          By:/s/ Peter Kmeto
                                    PETER KMETO
                                    Attorney for defendant
                                    MICHAEL LEON WILLIAMS

## **ORDER**

In case number CR S 2:09-0196 GEB, the time beginning December 9, 2011,, and extending through January 20, 2012, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h) and local code T-4. Furthermore, the trial confirmation hearing date of December 9, 2011, and the trial date of January 24, 2012, are vacated and a status conference is set for January 20, 2012.

IT IS SO ORDERED.

Dated: December 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge