| | |
|---|---|
| 1 | PETER KMETO |
| | Attorney at Law |
| 2 | State Bar No. 78827 |
| | 1007 Seventh Street, Suite 100 |
| 3 | Sacramento, CA 95814 |
| | (916) 444-7420; FAX: (916) 441-6714 |
| 4 | |
| | Attorney for: MICHAEL LEON WILLIAMS |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-196 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | HEARING |
| MICHAEL LEON WILLIAMS, et. al. | ) | |
| | ) | |
| Defendant. | ) | |

Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MICHAEL BECKWITH, stipulate and agree to the following:

1. The presently scheduled date of January 27, 2012 for Status Hearing shall be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said Hearing be rescheduled for March 16, 2012 at 9:00 a.m..

2. Defense investigation is nearing completion and, thereafter, further settlement negotiations will be conducted. Accordingly, the parties stipulate that time be excluded from January 20, 2012 to March 16, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] –additional time to adequately prepare for pretrial proceedings. The parties further stipulate that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

- 1 -

IT IS SO STIPULATED.

Dated:  January 26, 2012                /s/ MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        for the Government


Dated:  January 26, 2012                /s/  PETER KMETO
                                        Attorney for Defendant
                                        MICHAEL LEON WILLIAMS


### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS, only, be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A), 18 U.S.C. §3161(h)(8)(B)(iv) and Local Rule T-4 from January 20, 2012 until March 16, 2012 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client. The Court further finds that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

Dated:  January 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge