```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: MICHAEL LEON WILLIAMS
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-09-196 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS HEARING |
| | ) | |
| MICHAEL LEON WILLIAMS, et. al. | ) | |
| | ) | |
| Defendant. | ) | |

Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MICHAEL BECKWITH, stipulate and agree to the following:

1. The presently scheduled date of March 16, 2012 for Status Hearing shall be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said Hearing be rescheduled for April 20, 2012 at 9:00 a.m..

2. Settlement negotiations are currently being conducted and will have concluded by April 20, 2012. Accordingly, the parties stipulate that time be excluded from March 16, 2012 to April 20, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] –additional time to adequately prepare for pretrial proceedings. The parties further stipulate that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

- 1 -

1    IT IS SO STIPULATED.

Dated:  March 14, 2012                    /s/ MICHAEL BECKWITH
                                          Assistant U.S. Attorney
                                          for the Government


Dated:  March 14, 2012                    /s/  PETER KMETO
                                          Attorney for Defendant
                                          MICHAEL LEON WILLIAMS


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS, only, be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A), 18 U.S.C. §3161(h)(8)(B)(iv) and Local Rule T-4 from March 16, 2012 until April 20, 2012 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client. The Court further finds that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

Dated:  March 14, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge