PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 914-2357

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-196 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGEMENT |
| | ) | AND SENTENCING DATE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL LEON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER

KMETO, and the United States of America, through its counsel of record, MICHAEL

BECKWITH, stipulate and agree to the following:

1. The presently scheduled Judgement and Sentencing date of April 12,

2013 shall be vacated as to defendant, MICHAEL LEON WILLIAMS, and said

Hearing be rescheduled for June 14, 2013 at 9:00 a.m..

2. Medical records pertinent to the preparation of the Pre-Sentence Report

are currently being sought and have yet to be delivered to the US Probation Officer.

Consequently, in order to provide additional time for preparation of the PSR, and

any objections thereto, the parties stipulate to the new sentencing date.

/// ///

IT IS SO STIPULATED.


Dated:  February 20, 2013          /s/  MICHAEL BECKWITH
                                   Assistant U.S. Attorney
                                   for the Government


Dated:  February 20, 2013          /s/  PETER KMETO
                                   Attorney for Defendant
                                   MICHAEL LEON WILLIAMS


                              ORDER

          UPON GOOD CAUSE SHOWN and the stipulation of the two parties,

IT IS ORDERED that the HEARING FOR JUDGEMENT AND SENTENCING in the

above entitled matter be continued to June 14, 2013, as set forth above.

Dated:  February 21, 2013


                                   _____
                                   GARLAND E. BURRELL, JR.
                                   Senior United States District
                                   Judge