1   PETER KMETO
    Attorney at Law
2   State Bar #78827
    1007 Seventh Street, Suite 100
3   Sacramento, CA 95814
    (916)444-7420; FAX: (916) 914-2357
4   email: pkmeto@sbcglobal.net

5           IN THE UNITED STATES DISTRICT COURT

6           FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | UNITED sTATES OF aMERICA, | Case No. CR-S-09-196 GEB |
| 8 | Plaintiff, | |
| 9 | vs. | STIPULATION AND ORDER |
| 10 | MICHAEL LEON WILLIAMS, | CONTINUING JUDGEMENT AND SENTENCING DATE |
| 11 | Defendant | |

12          Defendant: MICHAEL LEON WILLIAMS, through his attorney,

13  PETER KMETO, and the United States of America, through its counsel of record,

14  MICHAEL BECKWITH, stipulate and agree to the following:

15          1. The presently scheduled Judgment and Sentencing date of

16  October 11, 2013 shall be vacated as to defendant, MICHAEL LEON WILLIAMS,

17  and said Hearing be rescheduled for January 10, 2014 at 9:00 a.m..

18

        [PLEADING TITLE] - 1

1         2. Defense counsel is unavailable due to his participation in an out of

2 county Death Penalty trial.  Additionally, Defendant is experiencing new medical

3 issues which may prove pertinent to sentencing issues.  Consequently, in order to

4 provide additional time for Defense preparation, the parties stipulate to the new

5 sentencing date

6         IT IS SO STIPULATED.

7         Dated: _October 7, 2013_   /s/ MICHAEL BECKWITH
                                 Assistant US Attorney
8                                    for the Government

9         Dated: _October 7, 2013_   /s/ PETER KMETO
                                 Attorney for Defendant_____
10                                    MICHAEL LEON WILLIAMS

11

                             ORDER
12

        UPON GOOD CAUSE SHOWN and the stipulation of the two parties
13 IT IS ORDERED that the HEARING FOR JUDGEMENT AND SENTENCING in
the above entitled matter be continued to January 10, 2014, as set forth above.

14
        Dated:  October 8,
2013
15

16

                         GARLAND E. BURRELL, JR.
17                          Senior United States
District Judge

18